

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| CRAIG WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | No. 04-2337-BAN |
| | ) | |
| vs. | ) | |
| | ) | |
| QUALITY CARRIERS, INC.; MERE'S TRUCKING; and WILLIAM D. CUTRIGHT, | ) ) ) | |
| Defendants. | ) | |

### [PROPOSED] AMENDED RULE 16(b) SCHEDULING ORDER

Pursuant to Order Granting Motion to Continue Trial Setting and order of reference pursuant to same, the following are established as amended final dates for:

**COMPLETING ALL DISCOVERY:**

    (a) Requests for Production, Interrogatories,
        and Admissions:                  October 12, 2005

    (b) Expert Witness Disclosure:

        (i) Plaintiff's Experts:        February 8, 2006

        (ii) Defendants' Experts:       February 22, 2006

        (iii) Supplementation under
        Rule 26(e):                      March 8, 2006

    (c) Depositions:

        (i) Fact Witnesses:           January 11, 2006

        (ii) Plaintiff's Expert:        March 8, 2006

        (iii) Defendant's Expert:       March 22, 2006

M EL 873871 v1
2790579-000001  04/18/05

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on _____

**FILING DISPOSITIVE MOTIONS:**     April 19, 2006

**FINAL LIST OF WITNESSES AND EXHIBITS:**

    (a) for Plaintiff:     45 days before trial

    (b) for Defendant:     30 days before trial

Interrogatories, Requests for Production and Requests for Admissions must be submitted to the opposing party in sufficient time for the opposing party to respond by the deadline for completion of discovery. For example, if the FRCP allow 30 days for a party to respond, then the discovery must be submitted at least 30 days prior to the deadline for completion of discovery.

Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or service of the response, answer, or objection which is the subject of the motion if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or any objection to the default, response, or answer shall be waived.

The parties are reminded that pursuant to Local Rules 7(a)(1)(A) and (a)(1)(B), all motions, except motions pursuant to FRCP 12, 56, 59, and 60, shall be accompanied by a proposed Order and a Certificate of Consultation.

The opposing party may file a response to any motion filed in this matter, Neither party may file an additional reply, however, without leave of the court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

At this time, the parties have not given consideration to whether they wish to consent to trial before the magistrate judge The parties will file a written consent form with the court should they decide to proceed before the magistrate judge

M EL 873871 v1
2790579-000001 04/18/05

*The parties are required to engage in court-annexed attorney mediation or private mediation <u>on or before the close of discovery</u>.*

This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this Order will not be modified or extended.

IT IS SO ORDERED.

_S. Thomas Anderson_
Judge S. Thomas Anderson
United States Magistrate Judge

Date: _April 22, 2005_

APPROVED BY:

_John W. Chandler w/ permission by Elizabeth Low_
John W. Chandler (#6219)
532 South McLean Boulevard
Memphis, TN 38104
(901) 523-1966
*Attorney for Plaintiff*

_Elizabeth Low_
George T. Lewis (#7018)
Elizabeth Low (#22896)
Baker, Donelson, Bearman, Caldwell,
 & Berkowitz, P.C.
2000 First Tennessee Building
165 Madison Avenue
Memphis, TN 38103
(901) 526-2000
*Attorneys for Defendants*

3

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 25 in case 2:04-CV-02337 was distributed by fax, mail, or direct printing on April 27, 2005 to the parties listed.

___

Chad D. Graddy
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

John W. Chandler
LAW OFFICES OF JOHN W. CHANDLER, JR.
532 S. McLean Blvd.
Memphis, TN 38104

Carl Wyatt
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Elizabeth Marie Fong Low
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

George T. Lewis
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT