IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 MAY -5  AM 6: 56

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

CRAIG WILLIAMS,                              )
                                             )
              Plaintiff,                     )      No. 04-2337-BAN
                                             )
vs.                                          )
                                             )
QUALITY CARRIERS, INC.; MERE'S               )
TRUCKING; and WILLIAM D. CUTRIGHT,           )
                                             )
              Defendants.                    )

---

## ORDER SUBSTITUTING COUNSEL

---

It appearing to the Court from the written Motion of the Defendants for Substitution of

Counsel and the entire record in this cause that George T. Lewis, III, Chad D. Graddy, Elizabeth

Low and the firm of Baker, Donelson, Bearman, Caldwell & Berkowitz should be allowed to

withdraw as counsel of record for the Defendants; it further appearing that Carl Wyatt and the

firm of Glassman, Edwards, Wade & Wyatt, 26 North Second Street Building, Memphis,

Tennessee 30103, phone 901-521-4673, fax 901-521-0940 should be substituted as counsel of

record for Defendants.

        IT IS SO ORDERED.

                                        _____
                                        United States District Court Judge

                                        Date: May 4, 2005

M EL 874220 v1
2790579-000001 04/25/05

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _5-9-05_

26

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 26 in case 2:04-CV-02337 was distributed by fax, mail, or direct printing on May 9, 2005 to the parties listed.

---

John W. Chandler
LAW OFFICES OF JOHN W. CHANDLER, JR.
532 S. McLean Blvd.
Memphis, TN 38104

Elizabeth Marie Fong Low
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

George T. Lewis
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Carl Wyatt
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Chad D. Graddy
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT