IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| CRAIG WILLIAMS, | * | |
| Plaintiff, | * | |
| vs. | * | NO. 04-2337-B-An |
| QUALITY CARRIERS, INC., MERE'S TRUCKING AND WILLIAM D. CUTRIGHT | * | |
| Defendants. | * | |

## CONSENT ORDER OF DISMISSAL WITH PREJUDICE

Come now the parties, by and through their attorneys of record, and announce to the Court that the matters and things heretofore in controversy between them have been settled and that this cause should therefore be dismissed, with prejudice, at the cost of the Defendants, (costs assessed shall not include any discretionary costs, the Defendants to pay only the costs of the Clerk with any other costs to be borne by the Plaintiff).

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the Plaintiff's case be, and the same is hereby dismissed with prejudice, at the cost of the Defendants, (costs assessed shall not include any discretionary costs, the Defendants to pay only the costs of the Clerk with any other costs to be borne by the Plaintiff) for which let execution issue, if needed.

JUDGE

DATED: 12/28/05

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 12-28-05

1



APPROVED FOR ENTRY:

BY: _____
JOHN W. CHANDLER, JR., D#6219
Attorney for Plaintiff
424 Georgia Avenue
Chattanooga, TN 37403
Phone: 423-265-0303

BY: _____
CARL WYATT, D#12304
Attorney for Defendants
Glassman, Edwards, Wade & Wyatt, P.C.
26 North Second Street
Memphis, TN 38103
Phone: 901-527-4673
(OUR FILE: 05-155Z)

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 29 in case 2:04-CV-02337 was distributed by fax, mail, or direct printing on December 28, 2005 to the parties listed.

---

John W. Chandler
LAW OFFICES OF JOHN W. CHANDLER, JR.
532 S. McLean Blvd.
Memphis, TN 38104

Carl Wyatt
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT